■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ACOSTA, Appellant. [998 NYS2d 914]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered July 21, 2011, convicting him of sexual abuse in the first degree (two counts) and endangering the welfare of a child, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that he was deprived of the effective assistance of counsel is without merit, as he did not demonstrate that there was no strategic or legitimate explanation for the defense attorneys' allegedly deficient conduct, or that they otherwise failed to provide meaningful representation (*see People v Barboni*, 21 NY3d 393, 406 [2013]; *People v Caban*, 5 NY3d 143, 152 [2005]; *People v Benevento*, 91 NY2d 708, 712 [1998]; *People v Rivera*, 71 NY2d 705, 709 [1988]). Viewed in their totality, the circumstances reveal that the defendant was not deprived of the effective assistance of counsel (*see Strickland v Washington*, 466 US 668 [1984]; *People v Benevento*, 91 NY2d at 713-714). Mastro, J.P., Roman, Sgroi and Barros, JJ., concur.